No. 97–1210. BLUE CROSS & BLUE SHIELD OF MICHIGAN *v.* BPS CLINICAL LABORATORIES ET AL. Ct. App. Mich. Motion of

1154

Michigan Manufacturers Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.